PCM5.31.22
LM: 2022R00322

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | Criminal no. JRR-22-0196 |
| | * | |
| v. | * | (Possession of Ammunition by a |
| | * | Prohibited Person, 18 U.S.C. |
| **SHAWN HORTON,** | * | § 922(g)(1); Forfeiture, 18 U.S.C. § |
| | * | 924(d), and 28 U.S.C. § 2461(c)) |
| Defendant. | * | |

******

## INDICTMENT
## COUNT ONE

**(Possession of Ammunition by a Prohibited Person)**

The Grand Jury for the District of Maryland further charges that:

On or about March 10, 2022, in the District of Maryland, the defendant,

**SHAWN HORTON,**

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed ammunition, to wit, six rounds of Ozkursan, 9mm Luger ammunition; and two rounds of Winchester, 9mm Luger ammunition; and the ammunition was in and affecting commerce.

18 U.S.C. § 922(g)

1

## FORFEITURE

The Grand Jury for the District of Maryland further finds that:

1. Pursuant to Rule 32.2, Fed. R. Crim. P., notice is hereby given to the defendant that the United States will seek forfeiture as part of any sentence in accordance with Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), as a result of the defendant's conviction under Count One of the Indictment.

2. As a result of the offense alleged in Count One of this Indictment, the defendant,

**SHAWN HORTON,**

shall forfeit to the United States the firearm and ammunition involved in the commission of the offense: Polymer80 Inc., model PF940SC, 9mm caliber firearm; six rounds of Ozkursan, 9mm Luger ammunition; and two rounds of Winchester, 9mm Luger ammunition.

18 U.S.C. § 924(d)
28 U.S.C. § 2461(c)

Erek L. Barron
United States Attorney

A TRUE BILL:

**SIGNATURE REDACTED**

Foreperson

6/1/2022
Date